# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: COFFEE, SHAWN R § | Case No. 09-48497 |
| HERRERA, NORMA L § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/22/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/13/2011          By:  /s/ Michael G. Berland
                                                    Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: COFFEE, SHAWN R  § Case No. 09-48497
HERRERA, NORMA L  §
  §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*       $       15,006.16

*and approved disbursements of*              $          500.00

*leaving a balance on hand of* [1]           $       14,506.16

**Balance on hand:**                          $       14,506.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $          0.00
Remaining balance:                        $     14,506.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 2,250.60 | 0.00 | 2,250.60 |

Total to be paid for chapter 7 administration expenses:   $     2,250.60
Remaining balance:                                         $    12,255.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                             $    12,255.56

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,255.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 72,509.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Citibank SD | 9,864.30 | 0.00 | 1,667.26 |
| 2 | Chase Bank USA, N.A. | 7,339.10 | 0.00 | 1,240.45 |
| 3 | Chase Bank USA, N.A. | 2,552.41 | 0.00 | 431.41 |
| 4 -2 | HSBC | 13,455.72 | 0.00 | 2,274.28 |
| 5 | GE Money Bank,c/oRecovery Management Systems | 756.26 | 0.00 | 127.82 |
| 6 | GE Money Bank,c/o Recvoery Management Systems | 858.34 | 0.00 | 145.08 |
| 7 | Sallie Mae, c/o Sallie Maelinc | 34,264.95 | 0.00 | 5,791.44 |
| 9 | Fia Card Services, NA/Bank of America, by American Infosour | 3,417.96 | 0.00 | 577.70 |

Total to be paid for timely general unsecured claims: $ 12,255.44
Remaining balance: $ 0.12

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.12

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.12


Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-48497-BWB
Shawn R Coffee                                                      Chapter 7
Norma L Herrera
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales          Page 1 of 2          Date Rcvd: Jun 13, 2011
                              Form ID: pdf006          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2011.
```
db/jdb     +Shawn R Coffee,    Norma L Herrera,    16404 Pine Creek Lane,    Plainfield, IL 60586-4016
aty        +Alfredo J Garcia,    Ledford & Wu,    200 South Michigan Avenue,    Suite 209,
             Chicago, IL 60604-2406
aty        +George Michael Vogl, IV,    Law Offices of Ledford & Wu,    200 S. Michigan Avenue, Suite 209,
             Chicago, IL 60604-2406
tr         +Michael G Berland,    1 N LaSalle St,    No.1775,    Chicago, IL 60602-4065
14883563    Bank Of America,    4060 Ogletown/Stan,    Newark, DE 19713
14883564   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
             Norcross, GA 30091)
14883566   +Cefcu,    P.o. Box 1715,    Peoria, IL 61656-1715
14883567   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15766825    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14883568   +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15947806   +HSBC,    P.O. Box 560284,    Dallas TX 75356-0284
14883572   +HSBC,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14883571   +Heights Finance Corp,    8343 Indianapolis Blvd,    Highland, IN 46322-1065
14883573   +Hsbc / Aib,    6602 Convoy Court,    San Diego, CA 92111-1009
14883574   +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14883575   +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
14883578   +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14883579   +National City Mortgage,    Attn: Bankruptcy Dept,    3232 Newmark Dr.,    Miamisburg, OH 45342-5421
14883580   +Prosper Marketplace In,    111 Sutter St Fl 22,    San Francisco, CA 94104-4540
14883583   +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15725376     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2011 00:07:24
              American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
              Oklahoma City, OK  73124-8840
14883565    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Jun 13 2011 23:34:04
              Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
16106735     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 14 2011 00:07:24
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
15839192     E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2011 00:12:06      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14883570     E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2011 00:12:07      Green Tree Servicing L,
              332 Minnesota St Ste 610,    Saint Paul, MN 55101
14883569    +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2011 00:12:06      Gemb/jcp,    Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
15973815    +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2011 00:12:07      Green Tree Servicing, LLC,
              7360 S. Kyrene RD T-120,    Tempe, AZ 85283-8432
15810718    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 14 2011 00:46:31
              HSBC Auto Finance (f/k/a Household Auto Finance Co,    P.O. Box 201347,
              Arlington, TX 76006-1347
14883577    +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2011 00:12:06      Lowes / MBGA,
              Attention: Bankruptcy Department,    Po Box 103106,    Roswell, GA 30076-9106
14883581    +E-mail/Text: SBONNEMA@ROGENT.COM Jun 13 2011 23:33:00      Rogers & Hollands,
              Rogers Enterprises, Inc.,    PO Box 879,    Matteson, IL 60443-0879
14883582    +E-mail/PDF: pa_dc_claims@salliemae.com Jun 14 2011 00:16:35      Sallie Mae,    1002 Arthur Dr,
              Lynn Haven, FL 32444-1683
15942593    +E-mail/PDF: pa_dc_claims@salliemae.com Jun 14 2011 00:13:01      Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14883576   ##+Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8101
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: ccabrales            Page 2 of 2            Date Rcvd: Jun 13, 2011
                              Form ID: pdf006            Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2011**                **Signature:**      /s/ Joseph Speetjens