**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: COFFEE, SHAWN R | § Case No. 09-48497 |
| HERRERA, NORMA L | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $597,921.00      Assets Exempt: $37,710.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,255.76      Claims Discharged
                                                          Without Payment: $89,695.62

Total Expenses of Administration: $2,750.60

---

    3) Total gross receipts of $ 15,006.36 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,006.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $727,900.00 | $63,455.87 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,750.60 | 2,750.60 | 2,750.60 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 78,680.00 | 88,239.10 | 74,783.38 | 12,255.76 |
| **TOTAL DISBURSEMENTS** | $806,580.00 | $154,445.57 | $77,533.98 | $15,006.36 |

    4) This case was originally filed under Chapter 7 on December 22, 2009. The case was pending for 24 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/24/2011           By: /s/MICHAEL G. BERLAND
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 622 2nd Ave, Hutchinson,Ks-scheduled | 1110-000 | 15,000.00 |
| Interest Income | 1270-000 | 6.36 |
| **TOTAL GROSS RECEIPTS** | | **$15,006.36** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Green Tree Servicing, LLC | 4110-000 | N/A | 63,455.87 | 0.00 | 0.00 |
| NOTFILED | Green Tree Servicing L | 4110-000 | 61,485.00 | N/A | N/A | 0.00 |
| NOTFILED | Indymac Bank | 4110-000 | 254,811.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc / Aib | 4110-000 | 20,430.00 | N/A | N/A | 0.00 |
| NOTFILED | National City Mortgage | 4110-000 | 386,499.00 | N/A | N/A | 0.00 |
| NOTFILED | Rogers & Hollands Rogers Enterprises, Inc. | 4110-000 | 4,675.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$727,900.00** | **$63,455.87** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 2,250.60 | 2,250.60 | 2,250.60 |
| Gloria Longest | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,750.60 | 2,750.60 | 2,750.60 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Citibank SD | 7100-000 | 8,955.00 | 9,864.30 | 9,864.30 | 1,667.30 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 7,339.00 | 7,339.10 | 7,339.10 | 1,240.48 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 2,452.00 | 2,552.41 | 2,552.41 | 431.42 |
| 4 | HSBC | 7100-000 | 374.00 | 13,455.72 | 0.00 | 0.00 |
| 4 -2 | HSBC | 7100-000 | N/A | 13,455.72 | 13,455.72 | 0.00 |
| 5 | GE Money Bank,c/oRecovery Management Systems | 7100-000 | N/A | 756.26 | 756.26 | 127.83 |
| 6 | GE Money Bank,c/o Recvoery Management Systems | 7100-000 | N/A | 858.34 | 858.34 | 145.08 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| 7 | Sallie Mae, c/o Sallie MaeIinc | 7100-000 | 32,392.00 | 34,264.95 | 34,264.95 | 5,791.59 |
| 9 | Fia Card Services, NA/Bank of America, by American | 7100-000 | N/A | 3,417.96 | 3,417.96 | 577.72 |
| NOTFILED | Heights Finance Corp | 7100-000 | 515.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 1,751.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 740.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc Bank | 7100-000 | 352.00 | N/A | N/A | 0.00 |
| NOTFILED | Cefcu | 7100-000 | 2,895.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/carsn | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Prosper Marketplace In | 7100-000 | 4,064.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/cbsd | 7100-000 | 584.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 778.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Auto Finance | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowes / MBGA | 7100-000 | 649.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 2,066.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 901.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 3,375.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | 2,423.00 | N/A | N/A | 0.00 |
|  | Clerk of Bankruptcy Court | 7100-000 | N/A | 2,274.34 | 2,274.34 | 2,274.34 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | 78,680.00 | 88,239.10 | 74,783.38 | 12,255.76 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-48497  
**Case Name:** COFFEE, SHAWN R  
HERRERA, NORMA L  
**Period Ending:** 12/24/11

**Trustee:** (520196) MICHAEL G. BERLAND  
**Filed (f) or Converted (c):** 12/22/09 (f)  
**§341(a) Meeting Date:** 02/01/10  
**Claims Bar Date:** 09/09/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 16404 Pine, Plainfield-scheduled | 288,486.00 | 0.00 | DA | 0.00 | FA |
| 2 | 505 Elizabeth, Metamora-scheduled | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 622 2nd Ave, Hutchinson,Ks-scheduled | 20,500.00 | 15,000.00 | | 15,000.00 | FA |
| 4 | Cash-scheduled | 60.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking MB Financial-scheduled | 4,100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Houshold goods-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Family pictures, books etc-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing apparel-scheduled | 600.00 | 0.00 | DA | 0.00 | FA |
| 9 | Wedding rings, watch etc-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Camrecorder, bicycle-scheduled | 400.00 | 0.00 | DA | 0.00 | FA |
| 11 | 401k-scheduled | 14,400.00 | 0.00 | DA | 0.00 | FA |
| 12 | Pension-scheduled | 6,200.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2004 Jeep Cherokeee-scheduled | 12,425.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2000 Cadillac-scheduled | 5,250.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2002 Dodge Ram-scheduled | 5,450.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2002 Jeep Cherokee-scheduled | 6,250.00 | 0.00 | DA | 0.00 | 0.00 |
| 17 | 2 Labrador retrievers-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 6.36 | Unknown |
| 18 Assets | Totals (Excluding unknown values) | $618,421.00 | $15,000.00 | | $15,006.36 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee compromised his interest in certain real estate. The Trustee employed an accountant and filed tax returns.

**Initial Projected Date Of Final Report (TFR):** December 31, 2013  **Current Projected Date Of Final Report (TFR):** December 31, 2013

Printed: 12/24/2011 10:30 AM  V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 09-48497 | **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Case Name:** COFFEE, SHAWN R | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| HERRERA, NORMA L | **Account:** | ***-*****87-65 - Money Market Account |
| **Taxpayer ID #:** **-***2117 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 12/24/11 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/18/10 | {3} | Sahwn Coffee | Payment of settlement for Kansas property | 1110-000 | 15,000.00 | | 15,000.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 15,000.10 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 15,000.77 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.10 | | 15,000.87 |
| 04/06/10 | | Wire out to BNYM account 9200******8765 | Wire out to BNYM account 9200******8765 | 9999-000 | -15,000.87 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -15,000.87 | 0.00 | |
| | | | **Subtotal** | | 15,000.87 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.87** | **$0.00** | |

{} Asset reference(s)

Printed: 12/24/2011 10:30 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 09-48497 | | **Trustee:** | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- | --- |
| **Case Name:** | COFFEE, SHAWN R | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | HERRERA, NORMA L | | **Account:** | \*\*\*-\*\*\*\*\*87-66 - Checking Account |
| **Taxpayer ID #:** | \*\*-\*\*\*2117 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/24/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/24/2011 10:30 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-48497  
**Case Name:** COFFEE, SHAWN R  
HERRERA, NORMA L  
**Taxpayer ID #:** **-***2117  
**Period Ending:** 12/24/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******87-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8765 | Wire in from JPMorgan Chase Bank, N.A. account ********8765 | 9999-000 | 15,000.87 | | 15,000.87 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.71 | | 15,001.58 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.90 | | 15,002.48 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.86 | | 15,003.34 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.89 | | 15,004.23 |
| 08/26/10 | 11001 | Gloria Longest | Payment to accountant per court order | 3410-000 | | 500.00 | 14,504.23 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.89 | | 14,505.12 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 14,505.23 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,505.35 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 14,505.46 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,505.58 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,505.70 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 14,505.81 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,505.93 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 14,506.04 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,506.16 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 14,506.27 |
| 07/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.09 | | 14,506.36 |
| 07/25/11 | | To Account #9200******8766 | Transfer for purpseof final distribution | 9999-000 | | 14,506.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,006.36 | 15,006.36 | $0.00 |
| | | | Less: Bank Transfers | | 15,000.87 | 14,506.36 | |
| | | | **Subtotal** | | 5.49 | 500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.49** | **$500.00** | |

{} Asset reference(s)                                                                                                                                  Printed: 12/24/2011 10:30 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-48497  
**Case Name:** COFFEE, SHAWN R / HERRERA, NORMA L  
**Taxpayer ID #:** **-***2117  
**Period Ending:** 12/24/11

**Trustee:** MICHAEL G. BERLAND (520196)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******87-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/25/11 | | From Account #9200******8765 | Transfer for purpseof final distribution | 9999-000 | 14,506.36 | | 14,506.36 |
| 07/27/11 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $2,250.60, Trustee Compensation; Reference: | 2100-000 | | 2,250.60 | 12,255.76 |
| 07/27/11 | 10102 | American Infosource Lp As Agent for Citibank SD | Dividend paid 16.90% on $9,864.30; Claim# 1; Filed: $9,864.30; Reference: | 7100-000 | | 1,667.30 | 10,588.46 |
| 07/27/11 | 10103 | Chase Bank USA, N.A. | Dividend paid 16.90% on $7,339.10; Claim# 2; Filed: $7,339.10; Reference: | 7100-000 | | 1,240.48 | 9,347.98 |
| 07/27/11 | 10104 | Chase Bank USA, N.A. | Dividend paid 16.90% on $2,552.41; Claim# 3; Filed: $2,552.41; Reference: | 7100-000 | | 431.42 | 8,916.56 |
| 07/27/11 | 10105 | HSBC | Dividend paid 16.90% on $13,455.72; Claim# 4-2; Filed: $13,455.72; Reference: Stopped on 11/04/11 | 7100-000 | | 2,274.34 | 6,642.22 |
| 07/27/11 | 10106 | GE Money Bank,c/oRecovery Management Systems | Dividend paid 16.90% on $756.26; Claim# 5; Filed: $756.26; Reference: | 7100-000 | | 127.83 | 6,514.39 |
| 07/27/11 | 10107 | GE Money Bank,c/o Recvoery Management Systems | Dividend paid 16.90% on $858.34; Claim# 6; Filed: $858.34; Reference: | 7100-000 | | 145.08 | 6,369.31 |
| 07/27/11 | 10108 | Sallie Mae, c/o Sallie Maelnc | Dividend paid 16.90% on $34,264.95; Claim# 7; Filed: $34,264.95; Reference: | 7100-000 | | 5,791.59 | 577.72 |
| 07/27/11 | 10109 | Fia Card Services, NA/Bank of America, by American Infosour | Dividend paid 16.90% on $3,417.96; Claim# 9; Filed: $3,417.96; Reference: | 7100-000 | | 577.72 | 0.00 |
| 11/04/11 | 10105 | HSBC | Dividend paid 16.90% on $13,455.72; Claim# 4-2; Filed: $13,455.72; Reference: Stopped: check issued on 07/27/11 | 7100-000 | | -2,274.34 | 2,274.34 |
| 11/08/11 | 10110 | Clerk of Bankruptcy Court | Deposit of Unclaimed Funds | 7100-000 | | 2,274.34 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 14,506.36 | 14,506.36 | $0.00 |
| Less: Bank Transfers | 14,506.36 | 0.00 | |
| **Subtotal** | 0.00 | 14,506.36 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$14,506.36** | |

{} Asset reference(s)

Printed: 12/24/2011 10:30 AM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-48497 | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | COFFEE, SHAWN R | Bank Name: | The Bank of New York Mellon |
| | HERRERA, NORMA L | Account: | 9200-******87-66 - Checking Account |
| Taxpayer ID #: | **-***2117 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/24/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

Net Receipts :     15,006.36
_____
Net Estate :     $15,006.36

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****87-65** | **15,000.87** | **0.00** | **0.00** |
| **Checking # ***-*****87-66** | **0.00** | **0.00** | **0.00** |
| **MMA # 9200-******87-65** | **5.49** | **500.00** | **0.00** |
| **Checking # 9200-******87-66** | **0.00** | **14,506.36** | **0.00** |
| | **$15,006.36** | **$15,006.36** | **$0.00** |

{} Asset reference(s)    Printed: 12/24/2011 10:30 AM    V.12.57